**Order filed, July 29, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00319-CV

———————

### PNS STORES, INC., Appellant

### V.

### RENE MUNGUIA, Appellee

On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2012-06825

## ORDER

The reporter's record in this case was due **June 02, 2014**. *See* Tex. R. App. P. 35.1. On **June 20, 2014**, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Michelle Tucker and Patricia Palmer**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order. **No further**

**extension will be entertained absent exceptional circumstances.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Michelle Tucker and Patricia Palmer** do not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM